UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLIE GUY WILSON,

                 Plaintiff,

   v.

LEVI PULKKINEN, et al.,

                 Defendants.

CASE NO. C18-1239 RAJ-BAT

**REPORT AND RECOMMENDATION**

Plaintiff, a King County Jail (Kent-RJC) detainee submitted a § 1983 complaint and deficient application to proceed *in forma paupris* on August 21, 2018. Dkt. 1. Plaintiff was informed he must cure the deficiency by September 21, 2018, or the case may be dismissed. Dkt. 2. As plaintiff has failed to respond, the Court recommends the case be dismissed without prejudice.

This Report and Recommendation is not an appealable order. Plaintiff should therefore not file a notice of appeal in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case. If plaintiff object to this Report, he must file his objection by **October 9, 2018**. The Clerk shall note the matter for **October 12, 2018**, as ready for the District Judge's consideration.

/

REPORT AND RECOMMENDATION - 1

1   The failure to timely object may affect the right to appeal.

2   DATED this 25th day of September, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2