UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLIE GUY WILSON,

    Petitioner,

v.

LEVI PULKINNEN, et al.,

    Respondents.

Case No. C18-1239-RAJ

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the record, and Court finds and **ORDERS**:

1. The Report and Recommendation is **ADOPTED**.
2. The CASE is **DISMISSED** without prejudice.
3. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 31st day of October, 2018.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 1